IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HOLGER FIALLO,<br><br>               Plaintiff,<br><br>   v.<br><br>KING ZAK INDUSTRIES, INC.<br><br>               Defendant. | Case No. 1:24-cv-03615 |

## NOTICE OF SETTLEMENT

Plaintiff HOLGER FIALLO, through undersigned counsel, hereby advises this Honorable Court that he has reached an agreement in principle with Defendant KING ZAK INDUSTRIES, INC. The parties are finalizing the terms of the settlement and, within thirty days, plan to request either a dismissal or consent decree be so ordered.

Dated: August 20, 2024                        Respectfully Submitted,

                                                                   */s/ Benjamin J. Sweet*
                                                                    Benjamin J. Sweet (PA Bar No. 87338)
                                                                    ben@nshmlaw.com
                                                                    **NYE, STIRLING, HALE, MILLER &**
                                                                    **SWEET, LLP**
                                                                    101 Pennsylvania Blvd., Suite 2
                                                                    Pittsburgh, PA 15228

                                                                    *Attorneys for Plaintiff Holger Fiallo*

**CERTIFICATE OF SERVICE**

  I certify that on the 20th day of August, 2024, the foregoing document was electronically filed through the Court's CM/ECF system, which will send notification of such filing to all counsel of record, and I also certify that I am providing a copy to those parties not receiving CM/ECF notifications at this time.

*/s/ Benjamin J. Sweet*
Benjamin J. Sweet
